01
02
03
04

05                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07   MARTIN A. ROSAS PADILLA,

08                          Plaintiff,            Case No.   C13-1954-JCC-MAT

09          v.

10   SIX UNKNOWN NAMES AGENTS, *et al*.,          REPORT AND RECOMMENDATION

11                          Defendants.

12

13          The Court is in receipt of a civil rights complaint purportedly filed by an Immigration

14   and Customs Enforcement ("ICE") detainee named Martin Rosas.[1]   The complaint was

15   received in an envelope containing several nearly identical complaints identifying other

16   inmate/detainee plaintiffs and bearing a return address for Young Yil Jo, a frequent litigant in

17   this Court.   No filing fee or application to proceed with the action *in forma pauperis* was

18   submitted in conjunction with the complaint and the complaint is not signed.   Typically the

19   Court would address such deficiencies by directing a letter to the plaintiff advising him of the

20   deficiencies and providing him an opportunity to correct them.   However, in prior cases

21   _____

22          [1]   The Court presumes that Mr. Rosas is an ICE detainee because an ICE A-Number is provided for Mr.
     Rosas in the body of the complaint.

REPORT AND RECOMMENDATION
PAGE - 1

01   submitted by Mr. Jo on behalf of other inmates/detainees, mail sent by the Clerk's Office to the

02   purported plaintiff at the address provided by Mr. Jo has consistently been returned with a

03   notation indicating that the plaintiff is not incarcerated at the facility.

04          It is time consuming for the Court, and ultimately fruitless, to attempt to obtain from the

05   purported plaintiff in these cases the documentation necessary to perfect the submission and

06   permit the case to proceed.   Moreover, even if the purported plaintiff were to pay the filing fee

07   or submit an appropriate application to proceed *in forma pauperis*, the proposed complaint

08   states no cause of action.   In fact, the complaint is incomprehensible, fails to set forth sufficient

09   facts to state any claim for relief, and does not appear to involve any acts committed in this

10   federal district.

11          For these reasons, this Court recommends that this action be dismissed with prejudice

12   under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) because the complaint fails to state a

13   claim upon which relief may be granted and is frivolous.   This Court further recommends that

14   this dismissal ***not*** be deemed a strike for purposes of 28 U.S.C. § 1915(g) as it is not clear that

15   the individual identified as the plaintiff in the complaint is even aware that a complaint has been

16   filed on his behalf.[2]

17          Any objections to this recommendation must be filed with the Clerk within ***twenty-one***

18   ***(21) days*** of the date on which this Recommendation is signed.   Objections should be noted for

19   consideration on the District Judge's motion calendar for the third Friday after they are filed.

20   Responses to objections may be filed within ***fourteen (14) days*** after service of objections.   If

21

22          [2]  It has been the experience of this Court that inmates/detainees named as plaintiffs in complaints submitted by Mr. Jo are unaware that Mr. Jo has attempted to litigate on their behalf.

REPORT AND RECOMMENDATION
PAGE - 2

01  no timely objections are filed, the matter will be ready for consideration by the District Judge on

02  *December 20, 2013*.

03          DATED this <u>27th</u> day of November, 2013.

04

05          _____

            Mary Alice Theiler

06          Chief United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE - 3